AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**Apartment #**

**SEARCH WARRANT**

CASE NUMBER:

**07 - 015 - M - 01**

TO:   Derek Anderson    and any Authorized Officer of the United States

Affidavit(s) having been made before me by  Special Agent Derek Anderson  who has reason to believe that □ on the person or ☒ on the premises known as  (name, description and or location)

**See Attachment A (which is attached and incorporated fully herein)**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**See Attachment B (which is attached and incorporated fully herein)**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before  _February 1, 2007_
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) □ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

_JAN 25 2007 C 11:26 am_ at Washington, D.C.

Date and Time Issued

**DEBORAH A. ROBINSON**
**U.S. MAGISTRATE JUDGE**

Name and Title of Judicial Officer                    Signature of Judicial Officer

AO 93     (Rev. 12/03)   Search Warrant (Reverse)

| RETURN | Case Number: | |
|---|---|---|
| DATE WARRANT RECEIVED<br>1/25/2007 | DATE AND TIME WARRANT EXECUTED<br>1/25/2007 12:00 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Copy left in residence |

INVENTORY MADE IN THE PRESENCE OF
Special Agents Bryan Chase, Thomas Trimble, and Derek Savoy, D.C. Office of the Inspector General

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Item #1 Miscellaneous Identification documents
• PNC Account Reports for               indicating SSI/ US Treasury deposits
• Photo copy of Social Security Card and DC DHS Identification card in the name of
• American Rescue Worker Thrift Store receipt
• Black Address book; containing various phone numbers to include ⁻⁻

Item #2 DCHA folder containing various support documents for housing
• Referral form from Community for Creative Non-Violence, Case management for
• Capitol Gateway Acceptance Letter to Mr.
• First Helping letter on behalf of ⁻
• Letter to ⁻⁻⁻⁻⁻ from Capitol Gateway reference rent determination
• Letter to ⁻⁻⁻ n from DCHA concerning rent determination
• Letter to ⁻⁻⁻ DCHA concerning Section 8 housing
• Letter to ⁻⁻⁻⁻ from N.C. Department of Health & Human Services reference to Birth Certificate

Item #3 Miscellaneous personal papers in various names
• Electoworld activation application form
• Grubb's Pharmacy and Medical equipment receipt for
• "Easy Comforts" order form in the name of
• Greater South East Admissions form in the name of
• SSI application in the name of

Item #4 Motorola Cellular phone and charger

Item #5 Magazine subscription card filled out in the name of

Item #6 ID size color photo of

Item #7 Social Security Card Receipt

Item #8 Papers with Electronic Benefits (EBT) Card pin numbers

Item #9 Various D.C. Government identification cards

** Continued on next page***

**FILED**

JAN 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_D. _____   S/A DCOIC_

Subscribed, sworn to, and returned before me this date.

_____     1/25/07
Signature of Judge                              Date

AO 93    (Rev. 12/03)  Search Warrant (Reverse)

| **RETURN** | | **Case Number:** 07-015-M-01 |
|---|---|---|

| DATE WARRANT RECEIVED 1/25/2007 | DATE AND TIME WARRANT EXECUTED 1/25/2007 12:00 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Copy left in residence |
|---|---|---|

INVENTORY MADE IN THE PRESENCE OF
Special Agents Bryan Chase, Thomas Trimble, and Derek Savoy, D.C. Office of the Inspector General

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Item #10 Various hand written papers
• 3 pieces of paper with names and social security numbers
• Various business cards
• USDOJ Inmate identification card in the name of
• 4 photo copied social security cards

Item #11 Memorandum pad containing various EBT pin numbers

Item #12 Black composition/ notebook containing various DCDHS forms and papers in several different names

Item #13 Miscellaneous U.S. Mail in various names and PNC deposit records

Item #14 Miscellaneous U.S. Mail in the names of

Item #15 Red cloth bag containing 5 yellow envelopes in various names, 3 envelopes contained a wallet with documents in various names.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____ S/A DCOIG

Subscribed, sworn to, and returned before me this date.

_____ Signature of Judge          1/25/07  Date